

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00109-CV

| | | |
|---|---|---|
| Thomas Florence | § | From the 78th District Court |
| v. | § | of Wichita County (183,643-B) |
| Martinay Davenport III; James Stivers, Grievance Investigator; James Anders, Assistant Warden; Mark Roth, Step II Grievance Investigator; TDCJ-CID | § | December 1, 2016 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot